UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
'08 MAY 22 A11:56
JON W. SANFILIPPO
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Case No. 06-CR-320 (CNC) |
| DAVID R. OLOFSON, | 08-2294 |
| Defendant. | |

### DEFENDANT'S NOTICE OF INTENT TO APPEAL *IN FORMA PAUPERIS*

David R. Olofson, by counsel, now gives notice pursuant to FED. R. APP.P. 24(a)(3) that he intends to proceed *in forma pauperis* on appeal. Mr. Olofson earlier was determined financially unable to obtain an adequate defense in the United States District Court on this federal criminal case, and was represented by both Federal Defender Services of Wisconsin, Inc., and Christopher Rose of the law firm Rose & Rose, 5529 6th Avenue, Kenosha, WI 53140, under the provisions of the Criminal Justice Act of 1964. Mr. Olofson's financial circumstances have not improved materially if at all, and he requires appointed counsel.

U.S.C.A. — 7th Circuit
FILED
MAY 27 2008 COD
GINO J. AGNELLO
CLERK

U.S.C.A. — 7th Circuit
RECEIVED
MAY 27 2008 COD
GINO J. AGNELLO
CLERK
FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

Dated at Milwaukee, Wisconsin, May 22, 2008.

Respectfully submitted,

*[signature]*

Brian T. Fahl, Bar #1043244
Brian P. Mullins, Bar #1026891
Counsel for David R. Olofson
FEDERAL DEFENDER SERVICES
　　OF WISCONSIN, INC.
517 E. Wisconsin Avenue, Room 182
Milwaukee, WI 53202
Tel: 414-221-9900
Fax: 414-221-9901
brian_fahl@fd.org
brian_mullins@fd.org

N:\Cases-Open\O-P\Olofson, David - 07-203\Appeals\IFF Motion.wpd