UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.　　　　　　　　　　　　　　　　Case No. 08-2294

DAVID R. OLOFSON,

    Defendant-Appellant.

MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

    The United States of America, by and through its attorneys, Steven M. Biskupic, United States Attorney, and Gregory J. Haanstad, Assistant United States Attorney, hereby respectfully moves this Court, pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Rule 26 of the Seventh Circuit Rules, for an extension of time until October 24, 2008, in which to file the appellee's brief.

    As grounds for this motion, the affidavit of Gregory J. Haanstad is attached. In addition, the appellee states as follows:

    1.    The brief of the United States is currently due on September 24, 2008.

    2.    No previous extension of time to file appellee's brief has been sought.

U.S.C.A. – 7th Circuit
F I L E D

SEP 2 2 2008 LEJ

GINO J. AGNELLO
CLERK

3. The defendant is in custody, having been sentenced on May 13, 2008, to 30 months in prison.

Respectfully submitted,

STEVEN M. BISKUPIC
United States Attorney

By: *(signature)*

GREGORY J. HAANSTAD
Assistant United States Attorney

530 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202
414/297-1700

2

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.                                         Case No. 08-2294

DAVID R. OLOFSON,

    Defendant-Appellant.

AFFIDAVIT OF GREGORY J. HAANSTAD

I, Gregory J. Haanstad, being duly sworn on oath hereby state as follows:

1. I am an Assistant United States Attorney for the United States Attorney's Office for the Eastern District of Wisconsin.

2. I am assigned to prosecute this appeal.

3. I have been working on the brief, but believe that I will need approximately 30 additional days to prepare the government's response.

4. I have been unable to dedicate all of my time to this brief because I have been handling a number of other criminal matters, including the following:

    a. preparation for trial in *United States v. Lupton*, 07-CR-219, which was scheduled to begin before United States District Judge Lynn Adelman on September 22, 2008, but was adjourned only at the final pretrial conference; and

    b. directing the investigation of – and preparing to present to the grand jury – a complex bank fraud case that implicates a number of domestic and foreign

jurisdictions.

5. For these reasons, I respectfully request that the briefing deadline for the appellee be extended to October 24, 2008.

6. This is the first extension requested by appellee.

GREGORY J. HAANSTAD

Signed and sworn before me
this 19th day of Sept., 2008.

Notary Public
My commission is permanent.

## CERTIFICATE OF FILING AND SERVICE OF MOTION

I hereby certify that on September 24, 2008, I caused an original and three (3) copies of **PLAINTIFF-APPELLEE UNITED STATES OF AMERICA'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF** to be sent by Federal Express to Gino J. Agnello, Clerk of Court, United States Court of Appeals for the Seventh Circuit, 219 S. Dearborn Street, Room 2722, Chicago, IL 60604 and, further, that I caused copies of the motion to be sent by regular U.S. Mail to counsel for defendant-appellant at the following address:

> Attorney Herbert W. Titus
> 8180 Greensboro Drive, Suite 1070
> McLean, VA 22102-3860

GREGORY J. HAANSTAD
Assistant United States Attorney

530 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 297-1700