# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

August 31, 2009

Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

U.S.C.A. – 7th Circuit
RECEIVED

SEP 9 2009 RMS

GINO J. AGNELLO
CLERK

Re:  David Olofson
     v. United States
     No. 09-256
     (Your No. 08-2294)

U.S.C.A. – 7th Circuit
FILED

SEP X 9 2009

GINO J. AGNELLO
CLERK

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 28, 2009 and placed on the docket August 31, 2009 as No. 09-256.

Sincerely,

William K. Suter, Clerk

by
Ruth Jones
Case Analyst