# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 13, 2009

Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

U.S.C.A. — 7th Circuit
FILED
OCT 19 2009  JLC
GINO J. AGNELLO
CLERK

Re: David Olofson
v. United States
No. 09-256
(Your No. 08-2294)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk